UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Barbara Auclair,

            Plaintiff,

v.

Cohen & Slamowitz, L.L.P.; and DOES 1-10, inclusive,

            Defendant.

Civil Action No.: 5:10-cv-00857-GTS-ATB

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Cohen & Slamowitz, L.L.P. with prejudice and without costs to any party.

Barbara Auclair

__/s/ Sergei Lemberg__

Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

Cohen & Slamowitz, L.L.P.

_____

Daniel R. Ryan
SMITH, SOVIK, KENDRICK & SUGNET, P.C.
250 S. Clinton Street, Suite 600
Syracuse, NY 13202
(315) 474-2911
Attorney for Defendant

IT IS SO ORDERED:

__Andrew T. Baxter__
Andrew T. Baxter
U.S. Magistrate Judge
Dated: September 1, 2010
      Syracuse, NY